JOHN O. HOBSON, Respondent, *v.* TRAVELERS INSURANCE COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, June 30, 1944.

*John G. Donovan* for appellant.

*David Goldstein* and *Lawrence Kovalsky* for respondent.

MEMORANDUM *Per Curiam.* It was error to refuse to charge, as requested, that the jury should ignore and disregard the words " substantial and remunerative ".

The judgment should be reversed and a new trial ordered, with thirty dollars costs to appellant to abide the event.

HAMMER, SHIENTAG and EDER, JJ., concur.

Judgment reversed, etc.